DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

26 JANUARY 2017

| | | | |
|---|---|---|---|
| 390P16 | State v. Linda Beth Chekanow and Robert David Bishop | 1. State's Motion for Temporary Stay (COA15-1294)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **10/19/2016**<br><br>2. Allowed<br><br>3. Allowed |
| 391A16 | Next Advisor Continued, Inc. v. LendingTree, Inc. et al. | Court Order | Appeal Dismissed *ex mero motu* **12/14/2016** |
| 402PA15-2 | State v. Donna Helms Ledbetter | 1. Def's Motion for Temporary Stay (COA15-414-2)<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed **12/22/2016**<br><br>2. |
| 407P03-2 | State v. Phillip Vance Smith, II | 1. Def's *Pro Se* Motion for Notice of Appeal (COA16-847)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Dismissed as moot |
| 407P14-4 | State v. Dwain Cornelius Ferrell | Def's *Pro Se* Motion for PDR (COAP16-627) | Dismissed |
| 409PA15 | Gregory P. Nies and Diane S. Nies v. Town of Emerald Isle | Court Order | Appeal Dismissed *ex mero motu* **12/14/2016** |
| 409P16 | In Re N.G.F., A.L.F. | Respondent-Father's PDR Under N.C.G.S. § 7A-31 (COA16-297) | Denied |
| 411P16 | Union County v. Town of Marshville | 1. Def's Motion for Temporary Stay<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Denied **11/15/2016**<br><br>2. Denied<br><br>**Ervin, J., recused** |
| 412P16 | Campbell, et al. v. The City of Statesville, et al. | Petitioner's PDR Under N.C.G.S. § 7A-31 (COA16-101) | Denied |
| 414P16 | State v. Brenda Sanders Lanclos | Def's PDR Pursuant to N.C.G.S. § 7A-31 (COA16-122) | Denied |
| 415P16 | Curtis L. Sangster v. Deborah Shandles, Attorney | Plt's *Pro Se* Motion for Appeal of Decision of the North Carolina State Bar | Dismissed |